RECEIVED ___ COPY

FEB 1 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-00205-PHX-DJH (DKD) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIO: 18 U.S.C. §§ 1153 and 113(a)(3) (CIR - Assault with a Dangerous Weapon) Count 1 |
| Brandon Curley, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about January 11, 2016, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant BRANDON CURLEY, an Indian, did intentionally and knowingly assault the victim, D.H., with a dangerous weapon, that is, a firearm, with the intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: February 13, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
CHRISTINE D. KELLER
Assistant U.S. Attorney