FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 0 5 2018

MATTHEW J. DYKMAN
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 18mj1054 BPB |
| | ) | |
| Brandon Curley | ) | Charging District's |
| *Defendant* | ) | Case No. CR 18-205-PHX-DJH (DKD) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Arizona,
*(if applicable)* Phoenix _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
  ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 04/05/2018

_____
Judge's signature

Karen B. Molzen, United States Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

APR 0 5 2018 

MATTHEW J. DYKMAN
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18 MJ 1054 |
| Brandon Curley | ) | |
| Defendant | ) | Charging District's Case No. 18 CR 205 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4/5/2018

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Identity/Detention

| | | | |
|---|---|---|---|
| Case Number: | 18mj1054 BPB | UNITED STATES vs. Curley | |
| Hearing Date: | 4/5/2018 | Time In and Out: | 9:37-9:48 |
| Clerk: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Brandon Curley | Defendant's Counsel: | Aric Elsenheimer for Margaret Katze |
| AUSA | Allison Jaros | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | | |

### Initial Appearance

- ☐ Defendant sworn
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Identity hearing
- ☒ Court finds probable cause ☐ Court does not find probable cause

### Custody Status

- ☐ Defendant waives detention hearing
- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

### Other

- ☒ Defense requests release; government requests detention; court findings
- ☒ Defendant to be returned to charging district

# **INITIAL APPEARANCE** FRCP 5

In the matter of United States v **Brandon Curley** Cause No. **18-MJ-1054**;
Date: Tuesday, **April 3, 2018** ;
B. Paul Briones, United States Magistrate Judge presiding
Commenced hearing at **10:37 a.m.**
Appearing for the U.S. Attorney for the District of NM: **Allison Jaros**- via telephone
Interpreter ____ (Swear In)

## RIGHTS
- ✓ Right to remain silent. 5d1E
- ✓ Right to an attorney. 5d1B
- ☐ ~~Right to a Preliminary Hearing. 5d1D~~
- ✓ Right to a Detention Hearing. 5d1C
- ✓ Right to an Identity Hearing. 20
- ✓ Right to a trial before a jury. R58b2
- ✓ Right to Country's Consular Representative Notification.

## CHARGES AND MAXIMUM PENALTIES / VICTIMS
- ✓ Defendant has been provided copy of the charging document.
- ✓ Charges were read to Defendant by Judge Briones
- ✓ Defendant acknowledged understanding the charges.
- ✓ AUSA advised Defendant of penalties, fines period of supervised release
- ✓ Court advised applicability of the Crime Victims' Rights Act 18 U.S.C. §3771(a)(2)
- ✓ Court could also order you to pay restitution to the alleged victim(s) in this case. *[For Victim cases; R58b2 requires this advisement for misd; 18 USC § 3556 is rest statute]*

## APPOINTMENT OF COUNSEL [*IF NONE*]
- ✓ Court appointed Counsel.
- ☐ Defendant advised that he/she has retained or intends to retain an attorney.

## DETENTION
- ✓ Granted Motion to Detain and remanded Defendant into the custody of the U.S. Marshal.
- ✓ Detention hearing Scheduled for **April 5, 2018**

## ~~PRELIMINARY HEARING~~
- ☐ ~~Scheduled preliminary hearing for_____.~~

## IDENTITY HEARING if Criminal Complaint/Indictment arose from jurisdiction other than NM.
- ✓ Charges arising out of the Federal District of [ **Arizona** ],
- ✓ Identity Hearing scheduled for **April 5, 2018**, 2018.

## MEDICATIONS, DRUGS OR ALCOHOL
- ✓ Inquired whether Defendant was on any prescribed medications or other drugs or alcohol at time of hearing affecting Defendant's ability to understand the proceedings.
  Yes [____] / No [X]

## ADDITIONAL MATTERS BROUGHT BEFORE THE COURT
- ✓ Defendant raised the following: **Turned himself in and appears at hearings.**

Concluded the Initial Appearance at **10:47** a.m.

# U.S. District Court
## District of New Mexico - Version 6.2.1 (Albuquerque)
## CRIMINAL DOCKET FOR CASE #: 1:18-mj-01054-BPB-1

Case title: USA v. Curley  
Other court case number: CR 18-205-PHX-DJH District of Arizona

Date Filed: 04/02/2018  
Date Terminated: 04/05/2018

Assigned to: Magistrate Judge B. Paul Briones

### Defendant (1)

**Brandon Curley**  
*TERMINATED: 04/05/2018*

represented by **Margaret A Katze**  
Federal Public Defender  
111 Lomas Blvd. N.W.  
Suite 501  
Albuquerque, NM 87102  
505-346-2489  
Fax: 505-346-2494  
Email: margaret_katze@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
Designation: Public Defender or Community Defender Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1153 and 113(a)(3) Assault with a Dangerous Weapon | |

**Plaintiff**

USA             represented by    **Allison Jaros**
U.S. Attorney's Office
District of New Mexico
PO Box 607
Albuquerque, NM 87103
505-346-7274
Fax: 505-346-7296
Email: Allison.Jaros@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2018 | | Initial Appearance - Rule 5 as to Brandon Curley set for 4/3/2018 at 10:30 AM in Farmington - Municipal Courthouse before Magistrate Judge B. Paul Briones. (nm) (Entered: 04/02/2018) |
| 04/02/2018 | 1 | Rule 5 Documents Received from the District of Arizona, Phoenix Division as to Brandon Curley (cl) (Entered: 04/02/2018) |
| 04/02/2018 | | Arrest (Rule 5) of Brandon Curley (nm) (Entered: 04/02/2018) |
| 04/03/2018 | 2 | Clerk's Minutes for proceedings held before Magistrate Judge B. Paul Briones: Initial Appearance in Rule 5 Proceedings as to Brandon Curley held on 4/3/2018; Identity/Detention Hearing for Rule 5 set for 4/5/2018 at 09:30 AM in Albuquerque - 320 Rio Grande Courtroom before Magistrate Judge Karen B. Molzen. (Recording Info: Farmington Digital) (nm) (Entered: 04/03/2018) |
| 04/03/2018 | 3 | ORAL ORDER of Temporary Detention as to Brandon Curley by Magistrate Judge B. Paul Briones (nm)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/03/2018) |
| 04/03/2018 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Margaret A Katze for Brandon Curley by Magistrate Judge B. Paul Briones (nm)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 04/03/2018) |
| 04/05/2018 | 5 | Clerk's Minutes for proceedings held before Magistrate Judge Karen B. Molzen: Identity/Detention Hearing for Rule 5 as to Brandon Curley held on 4/5/2018. (Recording Info: Liberty-Rio Grande) (eh) (Entered: 04/05/2018) |
| 04/05/2018 | 6 | WAIVER of Hearings by Brandon Curley (cl) (Entered: 04/05/2018) |
| 04/05/2018 | 8 | COMMITMENT TO ANOTHER DISTRICT by Magistrate Judge Karen B. Molzen as to Brandon Curley. Defendant committed to District of Arizona. (eh) (Entered: 04/06/2018) |
| 04/09/2018 | 9 | |

| | | LETTER to Clerk, District of Arizona, Phoenix Division, advising that Defendant Brandon Curley is committed to their district, and that case court documents are available electronically. (kdh) (Entered: 04/09/2018) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/16/2018 14:13:08 | | | |
| PACER Login: | ud1540:4260067:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:18-mj-01054-BPB |
| Billable Pages: | 1 | Cost: | 0.10 |