Petition12C – Rev. 6/18

☒ FILED  ☐ LODGED

**May 06 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
for
Arizona

Petition for Warrant to Revoke Supervised Release

| | | | |
|---|---|---|---|
| Name of Offender: | **Brandon Lee Curley** | Case No.: | **CR-18-08132-001-PCT-DJH** |
| Name of Judicial Officer: | **The Honorable Diane J. Humetewa**<br>**United States District Judge** | | **T-SEALED** |
| Date of Original Sentence: | **11/26/2018** | | |
| Original Offense: | **Count 1: Assault With A Dangerous Weapon, 18 U.S.C. § 1153 and 113(a)(3), a Class C Felony** | | |
| Original Sentence: | **33 months Bureau of Prisons, 36 months supervised release** | | |
| Type of Supervision: | **Supervised Release** | Date Supervision Commenced: | **4/14/2021** |
| | | Date Supervision Expires: | **4/13/2024** |
| Assistant U.S. Attorney: | **Christine Ducat Keller**<br>602-514-7500 | Defense Attorney: | **Jane L. McClellan**<br>602-382-2700 |

Petitioning the Court to issue a Warrant to Revoke Supervised Release

The probation officer alleges Brandon Lee Curley has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime.<br><br>On April 30, 2021, an arrest warrant was issued Curley for committing the crime of Battery of a Family Member on April 21, 2021 as evidenced by Navajo Nation Police Department incident report 02-21-015318. Grade C violation. §7B1.1(a)(3). |
| B | **Mandatory Condition #3** which states, You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>On April 23, 2021, Curley contacted Probation and admitted he used methamphetamine on Tuesday, April 20, 2021. Grade C violation. §7B1.1(a)(3). |

cc: Prob

Page 2
RE: Brandon Lee Curley
Petition to Revoke Supervised Release
May 05, 2021

    C    **Special Condition #3** which states, You must not use or possess alcohol or alcoholic beverages.

        On April 18, 2021, Curley consumed alcohol at his residence as evidenced by Navajo Nation Police Department incident report 02-21-015318.

**U.S. Probation Officer Recommendation and Justification**

Brandon Lee Curley has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Brandon Lee Curley is alleged to have committed a crime of violence and poses a risk for committing future violent crime, he is considered dangerous and she will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

_Scott P. Murphy_      5/5/2021
Scott Murphy      Date
Senior U.S. Probation Officer
Office: 928-286-5768
Cell: 928-699-0279

_A. Barlow_      5/5/2021
Aurelia Barlow      Date
Supervisory U.S. Probation Officer
Office: 928-286-5760
Cell: 480-486-5467

The Court Orders

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

_Diane J. Humetewa_      5/6/2021
The Honorable Diane J. Humetewa      Date
United States District Judge