# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon Lee Curley<br>*Defendant* | )<br>)  Case No.  CR-18-08132-001-PCT-DJH<br>)<br>)<br>)<br>) |

FILED ☐ / RECEIVED ✓ / LODGED ☐ / COPY ☐
MAY 1 1 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Brandon Lee Curley,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

Date:  May 6, 2021

*Issuing officer's signature*

City and state:  Phoenix, Arizona

L. Figueroa, Deputy Clerk
*Printed name and title*

ISSUED ON 3:28 pm, May 06, 2021
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 5/6/2021, and the person was arrested on *(date)* 5/7/2021
at *(city and state)* Flagstaff, AZ.

Date: 5/7/2021

*Arresting officer's signature*
arrested by USMS

*Printed name and title*

cc: Prob