JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona 85007
Telephone: 602-382-2700

JANE L. McCLELLAN, #015902
Asst. Federal Public Defender
jane_mcclellan@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Brandon Lee Curley,<br><br>Defendant. | No. CR-18-08132-PCT-DJH<br><br>**DISPOSITION MEMORANDUM** |

Defendant Brandon Curley, through undersigned counsel, hereby submits the following disposition memorandum. Mr. Curley admitted that he violated the conditions of his supervised release by using a controlled substance (methamphetamine) in violation of Mandatory Condition No. 3. Disposition in this matter is scheduled for July 26, 2021. Defendant recommends a disposition of no more than six months of imprisonment followed by further supervised release, with a special condition that he participate in a residential substance abuse treatment program.

Mr. Curley is 29 years old. He is a member of the Navajo Nation. He has a history of substance abuse and mental health issues. He already has a long criminal history for his age, and he has spent a significant amount of time in prison. He has a minimal employment history and minimal education. He recognizes that he needs

additional structure in his life and assistance in adjusting to life outside of prison. He wants to go to the residential program in Flagstaff that had been approved for him prior to his arrest. Defendant denies the allegations of a new offense in the petition.

The recommended guideline range for the Grade C violation is 8 to 14 months of imprisonment followed by additional supervised release. The probation officer recommends eight months of imprisonment. Defendant submits that a disposition of six months is sufficient to impress upon him the need to follow the orders of the Court. A placement at a residential treatment center is the most important component of his supervised release, and a longer term of imprisonment will delay his treatment opportunities.

For the foregoing reasons, Defendant respectfully requests that the Court impose a disposition of no more than six months of imprisonment followed by further supervised release, with a special condition that he reside at a residential substance abuse treatment center for up to six months.

Respectfully submitted:  July 15, 2021.

JON M. SANDS
Federal Public Defender

 s/Jane L. McClellan
JANE L. McCLELLAN
Asst. Federal Public Defender