# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-08132-001-PCT-DJH |
| Plaintiff, | **ORDER REVOKING SUPERVISED RELEASE** |
| v. | |
| Brandon Lee Curley, | |
| Defendant. | |

A Petition to Revoke Supervised Release has been filed and Defendant has admitted to Allegation B, that he violated his conditions of supervised release.

The Court finds the Defendant has violated the terms and conditions of supervised release and has considered the factors set forth in 18 U.S.C. § 3583(e), the U.S. Sentencing Commission Chapter 7 policy statements, the original guideline range, statements of the parties, and all documentation submitted, including the disposition report. The Court finds Defendant's supervised release should be revoked.

Accordingly,

**IT IS THE JUDGMENT OF THIS COURT** that Defendant's supervised release is **REVOKED**.

**IT IS ORDERED** committing Defendant to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS**, with credit for time served, followed by Supervised Release for a term of **TWENTY-SEVEN (27) MONTHS**.

**IT IS FURTHER ORDERED** dismissing the remaining allegation(s) of the

petition on motion of the United States.

## SUPERVISED RELEASE

**IT IS ORDERED** that while on supervised release, the Defendant must comply with the mandatory and standard conditions of supervision as adopted by this court, in General Order 17-18, which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2. Of particular importance, the Defendant must not commit another federal, state, or local crime during the term of supervision and the Defendant shall abstain from the use of illicit substances. Within 72 hours of sentencing or release from the custody of the Bureau of Prisons the Defendant must report in person to the Probation Office in the district to which the Defendant is released. The defendant must comply with the following additional conditions:

1. You must participate as instructed by the probation officer in a program of substance abuse treatment (outpatient and/or inpatient) which may include testing for substance abuse. You must contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You must submit to substance abuse testing. You must not attempt to obstruct or tamper with the testing methods. You must contribute to the cost of testing in an amount to be determined by the probation officer.

3. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

4. You must participate in a mental health assessment and participate in mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to

be determined by the probation officer.

5. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.

6. You must not contact the following victim(s), D.H., and the probation officer will verify compliance.

7. You must not use or possess alcohol or alcoholic beverages.

8. You must cooperate in the collection of DNA as directed by the probation officer.

The Court affirms any previous order imposing special assessment, fine or restitution in this case.

Defendant is advised of his right to appeal within 14 days.

Dated this 27th day of July, 2021.

Honorable Diane J. Humetewa
United States District Judge